**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ROBERT ALTADONNA, FRANCESCA
BARBAROSSA OTTO, and GABRIELA GASPAROVA,
    Plaintiff(s),

JUDGE PRESKA
Index No. 07 CV. 6668

  -against-

AFFIDAVIT OF SERVICE

BROOME MERCER CORPORATION d/b/a
RUNWAY, GILBERT COHEN, and LYNN HERWITZ,
    Defendant(s).
------------------------------------------------------------X
STATE OF NEW YORK  )
                             S.S.
COUNTY OF NEW YORK)

      ROBERT MILLS, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

      That on the 27th day of July 2007, at approximately the time of 12:40 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL CASE, COMPLAINT AND JURY TRIAL DEMAND, INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE HENRY PITMAN, INDIVIDUAL PRACTICES OF JUDGE LORETTA A. PRESKA AND CRITICAL INSTRUCTIONS TO ATTORNEYS** upon Gilbert Cohen at 450 Broome Street, New York, NY 10014, by personally delivering and leaving the same with Lynn Herwitz, a person of suitable age and discretion at that address, the actual place of business. At the time of service, deponent asked if Gilbert Cohen is in active military service for the United States of America or for the State in any capacity whatever or dependent upon a person in active military service and received a negative reply.

      Lynn Herwitz is a white female, approximately 54 years of age, stands approximately 5 feet 9 inches tall, and weighs approximately 125 pounds with red hair and blue eyes.

      That on the 30th day of July 2007, deponent served another copy of the foregoing upon Gilbert Cohen at 450 Broome Street, New York, NY 10014 by first class mail, by enclosing a true copy thereof in a securely sealed and postpaid wrapper with the words "PERSONAL AND CONFIDENTIAL" written on the same envelope, and not indicating on the outside that it is from

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com



**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

an attorney or concerns an action against the person to be served, and depositing the same into an official depository maintained by the Government of the United States, City and State of New York.

_Robert Mills_
ROBERT MILLS #1004298

Sworn to before me this
31st day of July, 2007

_[signature]_
NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 2008

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com

