○ The Ottinger Firm, pc

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/14/08
```

January 10, 2008

**VIA FACSIMILE**
Hon. Judge Preska
500 Pearl Street, Room 1320
New York, New York 10007

    Re: Robert Altadonna, et al. v. Broome Mercer Corporation
        Docket #: 07 Civ. 6668 (LAP)

Dear Judge Preska:

    We represent the Plaintiffs in the above-referenced action. We write to request a brief extension of time to amend the pleadings. Currently, the deadline is January 15, 2008. However, we are still awaiting a right to sue letter from the EEOC, therefore we request a 60 day extension so that we can obtain this right to sue letter and amend the pleadings accordingly. Defense counsel has already agreed to such extension.

    We thank the Court in advance for its consideration.

*[Handwritten: Time to amend the pleadings is extended to March 15, 2008. So ordered. Loretta A. Preska, USDJ]*

Respectfully submitted,

Carrie Kurzon (CK-2481)

cc: Michael A. Miranda (Via Facsimile)
    Counsel for Defendants
    Miranda Sokoloff Sambursky Slone Verveniotis LLP
    The Esposito Building
    240 Mineola Blvd.
    Mineola, NY 11501

*[Handwritten: January 13, 2008]*

South Street Seaport | 19 Fulton Street, Suite 408 | New York, New York 10038 | P 212-571-2000 | F 212-571-0505 | www.ottingerlaw.com