UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
ROBERT ALTADONNA, FRANCESCA
BARBAROSA OTTO, GABRIELLA             :     Docket No: 1:07-CV-6668 (LAP)
GASPAROVA
                                      :
              Plaintiffs,             :     ECF CASE

    -against-                         :

BROOME MERCER CORPORATION d/b/a       :     STIPULATION
RUNWAY, GILBERT COHEN and
LYN HERWITZ                           :

              Defendants.             :
--------------------------------------------------------------x

It is hereby stipulated and agreed by and between the parties in the above-captioned matter, through their undersigned counsel, that both parties consent to Plaintiffs' proposed amendment of their complaint.

STIPULATED AND AGREED:

_____          _____
Robert Ottinger                        Adam Kleinberg
THE OTTINGER FIRM, P.C.                MIRANDA SOKOLOFF SAMBURSKY
19 Fulton Street, Suite 408            SLONE VERVENIOTIS LLP
New York, New York 10038               The Esposito Building
(212) 571-2000                         240 Mineola Boulevard
*Attorneys for Plaintiff*              Mineola, New York 11501
                                       (516) 741-7676
                                       *Attorney for Defendants*

Dated: February 29, 2008               Dated: February 29, 2008


SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
March 10, 2008