Robert W. Ottinger (RO 8879)
The Ottinger Firm, P.C.
South Street Seaport
19 Fulton Street, Suite 408
New York, New York 10038
(212) 571-2000

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/18/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT ALTADONNA, FRANCESCA
BARBAROSSA OTTO and GABRIELA
GASPAROVA,

          Plaintiffs,

vs.

BROOME MERCER CORPORATION d/b/a
RUNWAY, GILBERT COHEN and LYNN
HERWITZ,

          Defendants.

07 CIV 6668 (LAP)

**SCHEDULING ORDER**

ECF CASE

The following Scheduling order was adopted by the Court:

1. All amendments to the pleadings shall be filed by 5/30/08;

2. All discovery is to be completed no later than 6/15/08;

3. A party proposing a motion shall, at the earliest opportunity, but in any event no later than 6/15/08;

4. A proposed Joint Consolidated Pretrail Order is to be filed by 7/15/08.

SO ORDERED:

Dated: New York, New York
      April 18, 2008

_____
Loretta A. Preska, U.S.D.J.