

O The Ottinger Firm, PC

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #: _____
DATE FILED: 7-7-08

*Application denied.*
*If the tardy disclosure is*
*not justified, plaintiff has*
*remedies under rule*
*37 (c)(1)*

July 3, 2008

VIA FACSIMILE – 212-805-6111

**SO ORDERED**

_____
HENRY PITMAN
UNITED STATES MAGISTRATE JUDGE
7-7-08

The Honorable Henry Pitman
Chief United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 750
New York, New York 10007

Re: Altadonna, et al. v. Broome Mercer Corp. d/b/a Runway, et al.
07 Civ. 6668 (LAP) (HP)

Dear Judge Pitman:

We represent the plaintiffs in the above-referenced action and write to request an extension of the discovery deadline. Discovery is currently scheduled to close on July 31, 2007. In the most recent order extending the discovery deadline, the request for which plaintiffs opposed, Your Honor indicated that there would be no further extensions absent unforeseeable emergencies. However, just this afternoon we received a Supplemental Automatic Disclosure from defendants naming three new witnesses and providing contact information for two witnesses whose names were previously disclosed. We anticipate difficulty in scheduling the depositions of these witnesses during the limited number of business days left in the discovery period, combined with the fact that most people take vacations during this time. We therefore respectfully request a 45-day extension of the discovery period, to September 15th, 2007. We also request that the Joint Pretrial Order due date be extended to September 30, 2007. Defendants consent to our request.

Respectfully submitted,

*Carolyn Horan*
Carolyn Horan

cc: Adam Kleinberg (via facsimile)

South Street Seaport  |  19 Fulton Street, Suite 408  |  New York, New York 10038  |  P 212-571-2000  |  F 212-571-0505  |  www.ottingerlaw.com