The Ottinger Firm, PC



USDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-16-08

July 11, 2008

VIA FACSIMILE (212) 805-6111

The Honorable Henry Pitman
Chief United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 750
New York, New York 10007

APPLICATION
GRANTED

SO ORDERED

_____
HENRY PITMAN
UNITED STATES MAGISTRATE JUDGE
7-15-08

Re: Altadonna, et al. v. Broome Mercer Corp. d/b/a Runway, et al.
07 Civ. 6668 (LAP) (HP)

Dear Judge Pitman:

I represent the plaintiffs in the above-referenced action and write to request an extension of the discovery deadline. We acknowledge receipt of Your Honor's order, dated July 7, 2008, denying plaintiffs' application for an extension of the discovery period and Joint Pretrial Order to September 15, 2008 and September 30, 2008, respectively. As such, discovery is currently scheduled to close on July 31, 2008.

In the most recent order extending the discovery deadline, Your Honor indicated that there would be no further extensions absent unforeseeable emergencies. I write to inform the Court that I have a serious family medical emergency that I must attend to over the next few weeks. My wife had a seizure that has resulted in paralysis and she has been hospitalized since July 4th. One again, I respectfully request a 45-day extension of the discovery period, to September 15, 2008. I also request that the Joint Pretrial Order due date be extended to September 30, 2008. Defendants consent to our request.

Respectfully submitted,

Robert W. Ottinger

cc: Adam Kleinberg (via facsimile)

South Street Seaport | 19 Fulton Street, Suite 408 | New York, New York 10038 | P 212-571-2000 | F 212-571-0505 | www.ottingerlaw.com