UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ROBERT ALTADONNA, FRANCESCA BARBAROSSA　　　　Docket No.: 07 Civ. 6668
OTTO and GABRIELA GASPAROVA,　　　　　　　　　　　　(LAP)(HP)

　　　　　　　　　　　　Plaintiffs,　　　　　　　　　　　　STIPULATION OF
　　　　　　　　　　　　　　　　　　　　　　　　　　　　DISCONTINUANCE
　　-against-　　　　　　　　　　　　　　　　　　　　　　WITH PREJUDICE

BROOME MERCER CORPORATION d/b/a RUNWAY,
GILBERT COHEN and LYNN HERWITZ,

　　　　　　　　　　　　Defendants.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/12/08

IT IS HEREBY STIPULATED, by and between the undersigned, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, the above-entitled action is hereby discontinued with prejudice as against all of the defendants, without costs to any party as against another.

IT IS FURTHER AGREED that a facsimile copy of this Stipulation shall have the same force and effect as an original and may be filed with the Clerk of the Court.

DATED: Mineola, New York
　　　　September 9, 2008

THE OTTINGER FIRM, P.C.　　　　　　　　　　MIRANDA SOKOLOFF SAMBURSKY
Attorneys for Plaintiffs　　　　　　　　　　　SLONE VERVENIOTIS LLP
19 Fulton Street, Suite 408　　　　　　　　　Attorneys for Defendants
New York, NY 10038　　　　　　　　　　　　240 Mineola Boulevard
(212) 571-2000　　　　　　　　　　　　　　　Mineola, New York 11501
　　　　　　　　　　　　　　　　　　　　　　(516) 741-7676

By: _____　　　　　　　By: _____
　　Robert Ottinger (RO-8879)　　　　　　　　Adam I. Kleinberg (AIK-0468)

**SO-ORDERED:**

_____
U.S.D.J.

The Clerk of the Court shall mark this action closed and all pending motions denied as moot.

SO ORDERED:

_____
LORETTA A. PRESKA, U.S.D.J.

September 12, 2008